Foster C. **WILSON** et al., Plaintiffs-
Appellants,

v.

**COMMERCIAL SECURITIES COMPANY**
et al., Defendants-Appellees.

No. 28957.

United States Court of Appeals,
Fifth Circuit.

July 9, 1970.

Rehearing Denied and Rehearing En Banc
Denied Sept. 14, 1970.

Foster C. Wilson, Longview, Tex.,
Edward K. Alexander, De Quincy, La.,
for plaintiffs-appellants.

W. F. Pipes, J. Bachman Lee, Pipes &
Pipes, Theus, Grisham, Davis, Leigh
& Brown, Monroe, La., for defendants-
appellees.

Before TUTTLE, THORNBERRY
and INGRAHAM, Circuit Judges.

PER CURIAM:

The judgment of the trial court dis-
missing this complaint for want of jur-
isdiction was clearly correct. Of the
three plaintiffs named in the complaint,
two were residents of Louisiana. At
least three of the four defendants were
residents of the same state. Obviously,
therefore, there was no diversity juris-
diction in the district court. It is equal-
ly clear that appellants' contention that
the complaint was based on a case
"arising under the constitution, laws or
treaties of the United States" is in-
correct. The action here was one based
strictly on tort under the laws of the
State of Louisiana.

The judgment is affirmed.

ON PETITION FOR REHEARING
AND PETITION FOR REHEAR-
ING EN BANC

PER CURIAM:

The Petition for Rehearing is denied
and no member of this panel nor Judge in
regular active service on the Court hav-
ing requested that the Court be polled on
rehearing en banc, (Rule 35 Federal
Rules of Appellate Procedure; Local
Fifth Circuit Rule 12) the Petition for
Rehearing En Banc is denied.